AUGUST VON KLEIST, Appellant, v. CITY OF NORTH TONAWANDA, Respondent, and Others, Defendants.— Order affirmed, with ten dollars costs and disbursements. All concur. (The order grants motion for dismissal of complaint in a tax foreclosure action.) Present — Sears, P. J., Taylor, Edgcomb, Thompson and Lewis, JJ.

In the Matter of the Estate of JOHN E. WALSH, Deceased.— Decree reversed on the law and the facts and matter remitted to the Surrogate's Court for further proceedings in accordance with the memorandum. Memorandum: The policies of insurance in question were assignable orally. (*Foryciarz* v. *Prudential Insurance Co.*, 95 Misc. 306; affd., 177 App. Div. 952; *Steinback* v. *Diepenbrock*, 158 N. Y. 24.) The evidence convinces us that such an assignment with the delivery of the policies occurred in this case. We do not look upon the written instruments addressed to the insurance company as in themselves assignments. They were instruments to facilitate the collection of the sums due on the policies by the assignee. It remains to be determined whether the assignee's interest in the policies is that of an owner or that of a holder for collateral security. This presents a subject for further determination by the surrogate. (Surr. Ct. Act, § 206.) All concur. (The decree adjudges the executrix entitled to three life insurance policies.) Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

JAMES C. LEES, as Administrator, etc., of JAMES R. LEES, Deceased, Respondent, v. NELSON W. CHENEY, JR., and NELSON W. CHENEY, Appellants.— Judgment and order affirmed, with costs. All concur, Sears, P. J., not voting. (The judgment awards damages for death of plaintiff's intestate in an automobile negligence action. The order denies motion for a new trial on the minutes.) Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

JAMES MOCCOLDI, an Infant, by MARTIN MOCCOLDI, His Guardian ad Litem, Respondent, v. SAMUEL GROSSMAN, Appellant.— Order reversed on the facts, with costs, motion denied, with costs, and verdict reinstated. Memorandum: The evidence presented a fair question of fact as to the contributory negligence of the plaintiff and the verdict in that respect was not against the weight of the evidence. All concur. (The order sets aside the jury verdict in an automobile negligence action.) Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.

MADOWOSISE DYKEMAN, an Infant, by MABEL DYKEMAN, Her Guardian ad Litem, Respondent, v. THE VILLAGE OF ILION, NEW YORK, Appellant.— Judgment and order affirmed, with costs. All concur. (The judgment awards damages for personal injuries caused by falling into a hole in a public sidewalk. The order denies motion for a new trial on the minutes.) Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.